AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Whitney Johnson<br><br>_____<br>*Defendant* | ) Case: 1:24-mj-00062<br>) Assigned To : Judge Zia M. Faruqui<br>) Assign. Date : 2/16/2024<br>) Description: COMPLAINT W/ARREST WARRAN<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Whitney Johnson
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Whitney Johnson: 18 U.S.C. § 111 (assaulting, resisting, or impeding certain officers), 18 U.S.C. § 231 (civil disorder), 18 U.S.C. § 1752(a)(1) (entering or remaining in restricted buildings or grounds), 18 U.S.C. § 1752(a)(2) (disorderly and disruptive conduct in a restricted building or grounds), 18 U.S.C. § 1752(a)(4) (engaging in physical violence in a restricted building or grounds), 40 U.S.C. § 5104(e)(2)(D) (disorderly or disruptive conduct in the Capitol building or grounds), 40 U.S.C. § 5104(e)(2)(F) (act of physical violence in the Capitol grounds or buildings), and 40 U.S.C. § 5104(e)(2)(G) (parading, demonstrating, or picketing in a Capitol building or grounds).

Date:    02/16/2024                                              Zia M. Faruqui
                                                                    *Issuing officer's signature*

City and state:        Washington, D.C.                Zia M. Faruqui, U.S. Magistrate Judge
                                                                    *Printed name and title*

---

### Return

This warrant was received on *(date)* 2/16/24 , and the person was arrested on *(date)* 02/22/24
at *(city and state)* VERO BEACH, FLORIDA .

Date: 02/22/24

                                                                    *Arresting officer's signature*

                                                        DEARL WEBER        SA
                                                                    *Printed name and title*